## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
## COLUMBIA DIVISION

| | |
|---|---|
| Pamela Jean Bowers,<br><br>    Plaintiff,<br><br>v.<br><br>University of South Carolina and<br>David W. Voros,<br><br>    Defendants. | C/A No.: 3:20-cv-04486-MGL-KDW<br><br>**ORDER** |
| Jaime Susanne Misenheimer,<br><br>    Plaintiff,<br><br>v.<br><br>University of South Carolina and<br>David W. Voros,<br><br>    Defendants. | C/A No.: 3:20-cv-04487-MGL-KDW<br><br>**ORDER** |

  As detailed more fully during the December 8, 2022 telephonic status conference in these related cases, Plaintiffs' Motions to Compel, ECF No. 57 in both cases, is *granted* to the extent it seeks the court's order requiring Virginia Scotchie to appear for a deposition noticed by Plaintiffs' counsel. The court is advised that Plaintiffs have renoticed Scotchie's deposition to begin at 9:30 a.m. on December 21, 2022. *See* ECF No. 59. During the conference, Plaintiffs indicated the deposition will take place using video-teleconferencing capabilities (such as Zoom). Because Scotchie has twice failed to appear at her noticed deposition, **the court hereby orders Scotchie to appear by 9:30 a.m. on December 21, 2022 at the office of Cary Ayer, counsel for Defendant University of South Carolina ("USC"). Ayer's office is located at 140 E. Main Street, Lexington, South Carolina**.

2

As detailed during the December 8, 2022 status conference, Plaintiffs' request for costs and fees will not be addressed at this time. This is without prejudice to Plaintiffs' filing another motion for costs and fees subsequent to December 21, 2022.

IT IS SO ORDERED.

December 9, 2022
Florence, South Carolina

Kaymani D. West
United States Magistrate Judge