#### IN THE UNITED STATES DISTRICT COURT
#### DISTRICT OF SOUTH CAROLINA
#### COLUMBIA DIVISION

| | |
|---|---|
| Pamela Jean Bowers,<br><br>      Plaintiff,<br><br>v.<br><br>University of South Carolina and David W. Voros,<br><br>      Defendants. | C/A No.: 3:20-cv-04486-MGL-KDW<br><br>**MOTION TO ENLARGE RUBIN ORDER BY TEN DAYS** |

  This is a motion to enlarge the Rubin Order in this matter by 10 days. (Dkt. 159: Rubin Order); *See also* Local Civil Rule 6.01 (Motions to Alter Time).

  The Court entered a Rubin Order in this matter on December 6, 2023. (Dkt. 159). The parties moved for a 10-day extension to formalize the resolution of this matter, and the Court granted the extension to February 15, 2024. (Dkt. 162: Text Order granting Motion for Extension). The parties have had to make several revisions to the language in the settlement agreement since receiving that extension and request an additional ten days to obtain signatures from all parties. This extension would not affect any presently pending deadlines in this matter as the case is currently under a Rubin Order. This motion, if granted, would extend the coverage of the Rubin Order in this matter to **February 26, 2024.**

  There is good cause for this motion. Defense counsel, on behalf of their clients, have stated in writing that they do not object to this motion.

| **We Move:** | **We do not Object:** |
|---|---|
| CROMER BABB & PORTER, LLC. | DAVIS FRAWLEY, LLC |
| By: s/Elizabeth M. Bowen<br>Elizabeth M. Bowen, Fed ID #12705<br>Elizabeth Millender, Fed ID #13171<br>Post Office Box 11675<br>Columbia, SC 29211<br>Ph: 803.799.9530<br>Email: beth@cromerbabb.com<br>Email: elizabeth@cromerbabb.com<br>Attorneys for the Plaintiff | By: s/ Carey M. Ayer<br>Carey M. Ayer, Fed. I.D. No. 1137<br>Matthew G. Rogers, Fed I.D. No. 13256<br>Patrick J. Frawley, Fed. I.D. No. 890<br>PO Box 489<br>Lexington SC 29071-0489<br>(803) 359-2512<br>carey@oldcourthouse.com<br>Mrogers@oldcourthouse.com<br>pat@oldcourthouse.com<br>Attorneys for the University of South Carolina |

HOWSER, NEWMAN & BESLEY, LLC.

By: s/ Damon C. Wlodarczyk
Damon C. Wlodarczyk, Fed. ID 9487
PO Box 11412
Columbia, SC 29211
Telephone: 803-799-9993
damonw@W@hnblaw.com
Attorney for David Voros

February 15, 2024